STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v.
CHARLES BARBOSSA, DEFENDANT-RESPONDENT.

Argued December 13, 1977—Decided March 9, 1978.

*Mr. Stephen R. Knox,* Assistant Prosecutor, argued the
cause for appellant (*Mr. Joseph P. Lordi,* Essex County
Prosecutor, attorney).

*Mr. Joseph W. Gallagher* argued the cause for respondent
(*Mr. Samuel R. DeLuca,* attorney).

PER CURIAM. The members of the Court being equally
divided, the judgment of the Appellate Division, 157 *N. J.
Super.* 26 is affirmed.

*For affirmance*—Chief Justice HUGHES and Justices PASH-
MAN and CLIFFORD—3.

*For reversal*—Justices SULLIVAN, SCHREIBER and HANDLER
—3.